## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

MISSISSIPPI VETERANS HOME
PURCHASE BOARD                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:07cv47-DCB-MTP

STATE FARM FIRE &
CASUALTY COMPANY                                                  DEFENDANT

### ORDER OF REMAND

This matter comes before the Court on the plaintiff's Motion to Remand [**docket entry no. 3**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the   21st   day of   June  , 2007.


                                            s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE